### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; and ZOMBA RECORDING LLC, a Delaware limited liability company,<br><br>          Plaintiffs,<br><br>                    vs.<br><br>DOES 1 - 7,<br><br>          Defendants. | No.: 08 cv 4761<br><br>Judge Kendall<br><br>Magistrate Judge Denlow |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 26, 2008 at 9:00 a.m., we shall appear before the Honorable Judge Virginia Kendall, or any Judge sitting in her stead, in Room 2319 at 219 South Dearborn Street, Chicago, Illinois 60603, and then and there present our **APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY**, a copy which is attached hereto and served upon you.

                COZEN O'CONNOR

                By: _s/ Kristin S. Yoo_
                   Attorney for Plaintiffs

Kristin S. Yoo (ARDC # 6279521)
Tia C. Ghattas (ARDC # 6269818)
**Cozen O'Connor**
222 South Riverside Plaza, Suite 1500
Chicago, IL 60606
Telephone:  (312) 382-3100
Facsimile:  (312) 382-8910

Attorneys for Plaintiffs

2

**PROOF OF SERVICE**

      The undersigned attorney certifies that the foregoing **APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY** was served on counsel of record by electronic filing this 21st day of August, 2008, and the same is available for viewing by downloading off of the Court's ECF system.

                                                        s/ Kristin S. Yoo_____