**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Atlantic Recording Corporation, et al.

                                 Plaintiff,

v.                                                   Case No.: 1:08−cv−04761
                                                  Honorable Virginia M. Kendall

Does

                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Motion by Plaintiffs Elektra Entertainment Group Inc., Sony BMG Music Entertainment, UMG Recordings, Inc., Atlantic Recording Corporation, Warner Bros. Records Inc., Zomba Recording LLC, Arista Records LLC, BMG Music, Capitol Records, LLC for leave to take immediate discovery [6] is granted as defined in the motion. Motion hearing held on 8/26/2008 regarding motion for discovery [6]. Initial status hearing set for 10/27/2008 at 9:00 AM.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.